IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMSHID SAFI | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No.  4:26-CV-00110-O |
| | § | |
| DAREN MARGOLIN, as Warden of Prairieland Detention Center | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the Court is Petitioner's Motion for Leave for Out of Division Counsel to Sign Filings Without Local Counsel (ECF No. 8). Petitioners' counsel, Michael Piston, is admitted in the United States District Court for the Northern District of Texas. However, his office is in Rochester Hills, Michigan—located outside of Local Rule 83.10(a)'s 50-mile requirement. Accordingly, Mr. Piston has retained Jason Mills as local counsel. Based on Mr. Piston's active status in the Northern District and Petitioner's representation that local counsel will maintain supervisory and availability obligations, and noting that Respondent is unopposed, the Court **GRANTS** Petitioner's Motion.

Accordingly, the Court **ORDERS** that Mr. Piston can solely sign Petitioner's filings; however, as local counsel, Mr. Mills will still be responsible for the contents of the filings. The Court further **ORDERS** that both Mr. Piston and Mr. Mills are required to abide by all local rules of this Court, including the standards of litigation conduct set forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (per curiam).

**SO ORDERED** on this **11th day** of **February, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**