IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMSHID SAFI | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-CV-00110-O |
| | § | |
| DAREN MARGOLIN, as Warden of Prairieland Detention Center | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the Court is Petitioner's Motion for Temporary Restraining Order (ECF No. 10). In order to expeditiously resolve the issues presented, the Court **ORDERS** Respondent to respond to Petitioner's Motion no later than February 20, 2026. Petitioner may reply no later than February 24, 2026.

**SO ORDERED** on this **17th day** of **February, 2026**.

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE

1